# SEALED

**FILED**

JUL 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 06 MJ 00176  DLB

| | |
|---|---|
| In Re Matter of ) | NO. SW.F. - |
| ) | |
| CRIMINAL COMPLAINT AND ) | ORDER SEALING ARREST WARRANT, |
| ARREST WARRANT AUTHORIZED ) | CRIMINAL COMPLAINT AND AFFIDAVIT, |
| ON JULY 21, 2006, TO ARREST ) | MEMORANDUM FOR SEALING ORDER, |
| ) | AND DECLARATION |
| WAYNE BRIZAN ) | |
| ) | **Under Seal** |

The United States having applied to this Court for an order permitting it to file under seal the arrest warrants, criminal complaints and affidavit in the above-captioned proceedings, together with the accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, and good cause appearing thereof,

IT IS SO ORDERED, that this order, the arrest warrants, criminal complaints, and affidavits in the above-entitled proceedings, together with the Application of the United States Attorney, Memorandum in Support thereof, and the accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, shall remain under seal and shall not be disclosed pending further order of this court.

DATED: July 19, 2006

_____
Honorable Dennis L. Beck
U.S. Magistrate Judge

1