1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000



FILED

JUL 2 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   MAG. NO. 06-0176 DLB
                            )
         Plaintiff,         )   ORDER
                            )
     v.                     )
                            )
WAYNE BRIZAN,               )
                            )
         Defendant.         )
_____)

   Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

   IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: July 28, 2006

                        /s/ Sandra M. Snyder
                        SANDRA M. SNYDER
                        U.S. Magistrate Judge

1